October 28, 1940. Dismissed on motion of counsel for the petitioner. *Solicitor General Biddle* and *Messrs. Charles Fahy* and *Robert B. Watts* for petitioner. *Mr. Earle M. Daniels* for respondent.

·No. 508. LANE COTTON MILLS Co. *v.* NATIONAL LABOR RELATIONS BOARD.

December· 9, 1940. Dismissed on motion of counsel for the petitioner. *Messrs. Charles Rosen, Alfred C. Kammer, Benjamin W. Dart, Henry P. Dart,* and *Esmond Phelps* for petitioner.

No. 621, October Term, 1939. VILES *v.* PRUDENTIAL INSURANCE Co.; and

No. 854, October Term, 1939. MOON *v.* UNION CENTRAL LIFE INSURANCE Co. ET AL. October 14, 1940. The motions for leave to file petitions for rehearing in these cases are denied. 309 U. S. 695; 310 U. S. 658.

No. 459, October Term, 1939. ·H. ROUW COMPANY *v.* CRIVELLA. See *ante,* p. 613.

No. —, original, October Term, 1939. EX PARTE EDMOND C. FLETCHER. October 14, 1940. 310 U. S. 615.

No. —, original, October Term, 1939. EX PARTE ALBERT LEIGHTON. October 14, 1940. 309 U. S. 641.